# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| NELSON GONZALEZ,<br>Debtor. | Case No. 18-13411-SLM |
| CLAUDIA GONI,<br>Plaintiff,<br>v.<br>NELSON GONZALEZ,<br>Defendant. | Adversary Proceeding No.18-1242 |

## REQUEST TO ENTER DEFAULT AGAINST
## DEFENDANT NELSON GONZALEZ

**TO THE CLERK;**

Pursuant to D.N.J. LBR 7055-1 and the accompanying Certification of Debora A. O'Neill, Esquire filed herewith, please enter a default against Defendant Nelson Gonzalez for failure to answer and or move to the adversary complaint on or before June 18, 2018 as provided by the current Court rules.

Dated: June 27, 2018

Respectfully submitted,

_____
Debora A. O'Neill
MEYERSON & O'NEILL
1700 Market Street, Ste. 3025
Philadelphia, PA 19103
(215) 972-1376
Fax: (215) 972-0277
doneill@meyersonlawfirm.com

*Attorneys for Plaintiff-Creditor Claudia Goni*

4. On May 23, 2018, Defendant-Debtor Nelson Gonzalez was served with the Complaint and Summons pursuant to Fed.R.Bankr.P. 7004(b) via regular mail (with a certificate of mailing) at 7914 JFK Boulevard, North Bergen, NJ 07047.

5. On May 23, 2018, Jonathan Stone, Esquire, Counsel for the Defendant-Debtor was served with the Complaint and Summons pursuant to Fed.R.Bankr.P. 7004(g) via regular mail (with a certificate of mailing) at 490 Schooley's Mountain Road, Building 3A, Hackettstown, NJ 07840-4002.

6. On May 24, 2018, Plaintiff filed a Certificate of Service of the Complaint and Summons. [Document No. 3].

7. Defendant Gonzalez has failed to answer, move or otherwise defend within the allowed time by June 18, 2018.

8. Defendant Gonzalez has not requested and Defendant Gonzalez has not been granted an extension of time to plead or otherwise defend the above-captioned adversary action.

I certify that the foregoing statements are true and if they are willfully false, I am subject to punishment.

Dated: June 27, 2018

Debora A. O'Neill
MEYERSON & O'NEILL
1700 Market Street, Ste. 3025
Philadelphia, PA 19103
(215) 972-1376
Fax: (215) 972-0277
doneill@meyersonlawfirm.com

*Attorney for Plaintiff-Creditor Claudia Gonl*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

NELSON GONZALEZ,
　　　Debtor.

CLAUDIA GONI,

　　　　　　　　　　　Plaintiff(s)

vs.

NELSON GONZALEZ,

　　　　　　　　　　　Defendant(s)

Case No.: __18-13411-SLM__

Adv. No.: __18-1242__

Chapter: __7__

Judge: __Stacey L. Meisel__

## ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law: Defendant Nelson Gonzalez failed to submit an answer to the adversary complaint of Plaintiff Claudia Goni in the above-captioned matter.

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: June     , 2018

JEANNE A. NAUGHTON, Clerk

BY: _____
　　　Deputy Clerk

rev.1/9/17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NELSON GONZALEZ,<br>    Debtor. | Chapter 7<br><br>Case No. 18-13411-SLM |
| CLAUDIA GONI,<br><br>    Plaintiff,<br><br>v.<br><br>NELSON GONZALEZ,<br><br>    Defendant. | Adversary Proceeding No.18-1242 |

### CERTIFICATION OF SERVICE

I hereby certify that copies of the Request to Enter Default Against Nelson Gonzalez, Certification of Debora A. O'Neill, Esq. in Support of Entry of Default, and proposed form of Entry of Default, were electronically filed with the Court, and served on the following parties via first class mail, postage prepaid on June 27, 2018:

Nelson Gonzalez, Esquire, *Debtor*
7914 JFK Boulevard
North Bergen, NJ 07047

Jonathan Stone, Esquire, *Counsel for Debtor*
490 Schooley's Mountain Road, Bldg. 3A
Hackettstown, NJ 07840-4002

Barbara Edwards, Esq., *Trustee*
Muscarella, Bochet,
Edwards & D'Alessandro
10-04 River Road
Fair Lawn, NJ 07410

Erin Kennedy, Esq., *Counsel for Trustee*
Forman Holt
66 Route 17 North
Paramus, NJ 07652

*/s/ Debora A. O'Neill*
Debora A. O'Neill