**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 7 |
| NELSON GONZALEZ, <br> Debtor. | Case No. 18-13411-SLM |
| CLAUDIA GONI, <br><br> Plaintiff, | Adversary Proceeding No.18-1242 |
| v. <br> NELSON GONZALEZ, <br><br> Defendant. | |

**REQUEST TO ENTER DEFAULT JUDGMENT**
**AGAINST DEFENDANT NELSON GONZALEZ**
**UNDER FEDERAL RULE 55(b)**

**TO THE CLERK;**

Pursuant to D.N.J. LBR 7055-1, Federal Rule 55(b)(1) and 55(b)(2), and the accompanying Certification of Debora A. O'Neill, Esquire along with Documentary Evidence filed herewith, please enter a default judgment declared nondischargeable in the sum certain amount of $125,000 against Defendant Nelson Gonzalez.

Respectfully submitted,

Dated: July 13, 2018

Debora A. O'Neill
MEYERSON & O'NEILL
1700 Market Street, Ste. 3025
Philadelphia, PA 19103
(215) 972-1376
Fax: (215) 972-0277
doneill@meyersonlawfirm.com