# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| NELSON GONZALEZ, Debtor. | Case No. 18-13411-SLM |
| | Judge: Stacey L. Meisel |
| CLAUDIA GONI, Plaintiff, | Adversary Proceeding No.18-1242 |
| v. | |
| NELSON GONZALEZ, Defendant. | |

## NONDISCHARGEABLE DEFAULT JUDGMENT
## FOR A SUM CERTAIN

The relief set forth on the following page is hereby ORDERED.

DATED: July     , 2018

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Default having been entered against the following defendant(s);

NELSON GONZALEZ

and for good cause shown,

JUDGMENT by default is entered as authorized by Fed. R. Bank. P. 7055 and Fed. R. Civ. P. 55(b)(1) in the sum of $125,000 in favor of the plaintiff and against said defendant.

IT IS FURTHER ORDERED THAT the foregoing JUDGMENT by default in the amount of $125,000 in favor of the plaintiff and against said defendant is declared NONDISCHARGEABLE as authorized by Fed. R. Bank. P. 7055 and Fed. R. Civ. P. 55(b)(2).