# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Claudia Goni v. Nelson Gonzalez

Case No.: 18-01242

Hearing Date: 10/09/18 at 11:00A.M.

Chapter: 7

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Proof Hearing: Request to Enter Default Judgment by plaintiff's counsel

**Location of Hearing:** Courtroom No. 3A
U.S. Bankruptcy Court
50 Walnut Street 3rd Floor
Newark, New Jersey 07102

**Date and Time:** October 9, 2018 at 11:00 A.M.., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: July 31, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 31, 2018, 20 18 this notice was served on the following: Plaintiff, Plaintiff's Counsel, Defendant and Counsel to the Defendant.

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

*rev.1/4/17*