Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Nelson Gonzalez
Debtor

Case No.: 18−13411−SLM
Chapter 7

Claudia Goni
Plaintiff

v.

Nelson Gonzalez
Defendant

Adv. Proc. No. 18−01242−SLM                     Judge: Stacey L. Meisel

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 7, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 21
Joint Order Scheduling Pretrial Proceedings and Trial. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/6/2018. Discovery due by 1/25/2019. Trial date set for 2/21/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (apc)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 7, 2018
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Goni,
    Plaintiff

Adv. Proc. No. 18-01242-SLM

Gonzalez,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Nov 07, 2018
                        Form ID: orderntc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
```
pla            +Claudia Goni,    17 Dickerson Mine Road,    Mine Hill, NJ 07803-2923
md             +David G. Beslow,    7 Glenwood Avenue,    Ste. 311B,    East Orange, NJ 07017-1064
op             +Jonathan Stone,    490 Schooley's Mountain Road - 3A,    Hackettstown, NJ 07840-4002
dft             Nelson Gonzalez,    7914 JFK Boulevard,    North Bergen, NJ  07047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:
```
              David E. Sklar    on behalf of Defendant Nelson  Gonzalez dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
              Debora A. O'Neill    on behalf of Plaintiff Claudia  Goni doneill@meyersonlawfirm.com
              Jack  Meyerson    on behalf of Plaintiff Claudia  Goni jmeyerson@meyersonlawfirm.com
              Jonathan  Stone    on behalf of Other Prof. Jonathan  Stone jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
```
                                                                     TOTAL: 4